# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2014

### NO. 03-14-00034-CV

**The State of Texas, Appellant**

**v.**

**J. B. C., Appellee**

## APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
## REVERSED AND RENDERED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on December 20, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment that appellee J.B.C. take nothing by his application. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.